MIAMI COUNTY BAR ASSOCIATION *v.* THORNBURGH.

[Cite as *Miami Cty. Bar Assn. v. Thornburgh*
(1991), 62 Ohio St.3d 189.]

(No. 91–1252—Submitted September 11, 1991—Decided December 11, 1991.)

*James D. Utrecht* and *Michael A. Baer,* for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We find that respondent violated the Disciplinary Rules set forth above and concur in the board's recommendation. Accordingly, we publicly reprimand respondent. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.